UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE METROPOLITAN
TRANSPORTATION AUTHORITY
DEFINED BENEFIT PENSION PLAN
MASTER TRUST, THE MANHATTAN
AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY PENSION
PLAN and THE PLYMOUTH COUNTY
RETIREMENT ASSOCIATION,

    Plaintiffs,

v.                                  Case No: 8:18-cv-3007-T-30AEP

WELBILT, INC, HUBERTUS M.
MUEHLHAEUSER, JOHN O.
STEWART and HARESH SHAH,

    Defendants.

## ORDER

THIS CAUSE comes before the Court *sua sponte*. On February 6, 2020, the Court dismissed the Amended Complaint without prejudice, giving Lead Plaintiffs fourteen days to file an amended complaint. (Doc. 77). The Court warned that failure to file an amended complaint would result in this case being closed without further notice. Lead Plaintiffs requested an extension of time to file their amended complaint until March 5, 2020, which the Court granted. (Docs. 78–79). Despite being granted the extension, Lead Plaintiffs failed to file an amended complaint by the deadline.

Accordingly, it is ORDERED AND ADJUDGED that:

    1.    This action is DISMISSED WITHOUT PREJUDICE.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of March, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record