## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THE METROPOLITAN
TRANSPORTATION AUTHORITY
DEFINED BENEFIT PENSION PLAN
MASTER TRUST, THE MANHATTAN
AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY PENSION
PLAN and THE PLYMOUTH COUNTY
RETIREMENT ASSOCIATION,

    Plaintiffs,

v.                                                                              Case No: 8:18-cv-3007-T-30AEP

WELBILT, INC, HUBERTUS M.
MUEHLHAEUSER, JOHN O.
STEWART and HARESH SHAH,

    Defendants.

## AMENDED ORDER OF DISMISSAL

On February 6, 2020, the Court dismissed the Amended Complaint without prejudice, giving Lead Plaintiffs fourteen days to file an amended complaint. (Doc. 77). The Court warned that failure to file an amended complaint would result in this case being closed without further notice. Lead Plaintiffs requested an extension of time to file their amended complaint until March 5, 2020, which the Court granted. (Docs. 78–79). Despite being granted the extension, Lead Plaintiffs failed to file an amended complaint by the deadline. The Court dismissed the case without prejudice and closed the case. (Doc. 80). On March 30, 2020, the Court granted Defendants' Unopposed Motion to Amend Dismissal Order and Enter Judgment. (Doc. 82).

Accordingly, it is ORDERED AND ADJUDGED that:

1. This action is DISMISSED WITH PREJUDICE.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of March, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

2